USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/26/2026

# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

March 25, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:**  **The Initial Conference set for 4/1/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, May 12, 2026 at 10:00 a.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> **03/26/2026**

Re:    *Murphy v. Recycline, Inc.,*
          Case No.: 1:26-cv-142

Dear Judge Parker,

   The undersigned represents James Murphy, on behalf of himself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Recycline, Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for April 1, 2026, at 11:00 AM (Dkt. 7) be adjourned for 30 days, as that date falls on the first day of Passover, rendering the parties unavailable due to religious observance. The parties are in agreement as to this adjournment. The undersigned further requests that the deadline to submit the Rule 26(f) report be extended accordingly. This is Plaintiff's first request for an extension.

                                                        Respectfully submitted,

                                                        GOTTLIEB & ASSOCIATES PLLC

                                                        */s/Michael A. LaBollita, Esq.*
                                                        Michael A. LaBollita, Esq.