**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JAMES MURPHY,

                                   Plaintiff,

              -against-

RECYCLINE, INC.,

                                Defendant.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   05/06/2026
```

**26-CV-142 (VSB) (KHP)**

**ORDER ADJOURNING INITIAL CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on May 5, 2026 (doc. no 13) the Initial Case

Management Conference currently scheduled for **May 12, 2026** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
            May 6, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge